IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

**NOV 2 0 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 13-30266-MJR |
| vs. | ) |
| | ) Title 18 United States Code, Sections |
| | ) 2, 1951, 924(c)(1)(A), and 922(g)(1) |
| TIMOTHY R. COLLIER, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about April 25, 2013, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY R. COLLIER,**

defendant herein, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, TIMOTHY R. COLLIER, did unlawfully take and obtain personal property consisting of numerous items of jewelry and a firearm belonging to East St. Louis Jewelry and Loan, from the presence of the owner of East St. Louis Jewelry and Loan, against his will by means of actual and threatened force, violence and fear of injury, immediate and future, to his person, by brandishing and discharging a firearm, being a silver revolver, and shooting the owner of East St. Louis Jewelry and Loan in the chest and head.

At all times material to this Indictment, East St. Louis Jewelry and Loan, located at 208 Collinsville Avenue, East St. Louis, Illinois was engaged in the sale and purchase of jewelry, electronics, and other items, in interstate commerce and an industry which affects interstate commerce.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2
### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about April 25, 2013, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY R. COLLIER,**

defendant herein, did knowingly use and carry a firearm, being a silver revolver, during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery as named and fully described in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

During and in the course of the commission of this offense, the defendant herein did brandish and discharge a firearm, being a silver revolver, and shoot the owner of East St. Louis Jewelry and Loan in the chest and head, in violation of 18 U.S.C. 924(c)(1)(A)(iii).

## COUNT 3
### FELON IN POSSESSION OF A FIREARM

On or about April 25, 2013, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY R. COLLIER,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Unlawful Possession of Controlled Substance in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, on June 27, 2011 in Case No. 10-CF-1022, did knowingly possess, in or affecting commerce, a firearm, to wit: a Smith and

Wesson, Model 60, stainless steel five-shot .38 Special revolver with an obliterated serial number, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4
### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about July 12, 2013, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY R. COLLIER,**

defendant herein, while aided and abetted by Roderick Taylor and Charmonequette Reynolds, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, TIMOTHY R. COLLIER, did unlawfully take and obtain personal property consisting of United States Currency belonging to Arena Liquor, from the presence of an employee of Arena Liquor, against his will by means of actual and threatened force, violence and fear of injury, immediate and future, to his person, by brandishing a firearm, being a black handgun.

At all times material to this Indictment, Arena Liquor, located at 105 S. Belt E, Belleville, Illinois was engaged in the retail sale of liquor and food, in interstate commerce and an industry which affects interstate commerce.

All in violation of Title 18, United States Code, Section 1951 and 2.

## COUNT 5
### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about July 12, 2013, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY R. COLLIER,**

defendant herein, did knowingly use and carry a firearm, being a black handgun, during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be

3

prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery as named and fully described in Count 4, in violation of Title 18, United States Code, Section 924(c)(1)(A).

During and in the course of the commission of this offense, the defendant herein did brandish a firearm, being a black handgun, and threatened the use of force against an employee of Arena Liquor, in violation of 18 U.S.C. 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 2, 3, and 5 of this indictment,

**TIMOTHY R. COLLIER,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and any and all ammunition contained within the firearms or seized with the firearms and involved in or used in any knowing violation of 18 U.S.C. § 924(c)(1)(A) and 922(g)(1), including, but not limited to, the following:

a Smith and Wesson, Model 60, stainless steel five-shot .38 Special revolver with an obliterated serial number and any and all ammunition contained within the firearm or seized with the firearm.

A TRUE BILL

*/s/ Ali Summers*
ALI SUMMERS
Assistant United States Attorney

*/s/ Stephen R. Wigginton*
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: DETENTION

4