# MEMORANDUM

**Date:** _____  Current IDOC Release Date: __2/23/14__

**To:** Presiding Judge
Circuit Court of __US Dist. Court, Southern Dist__

**From:** Menard Correctional Center

**Subject:** Offender __Timothy Collier__  IDOC/YIN NUMBER __N56251__

## PLEASE NOTE:

THE COMPLETION OF THIS FORM <u>DOES NOT</u> CONSTITUTE AN EXTENSION OF THE WRIT AND SHOULD NOT BE TREATED AS SUCH. THIS DOCUMENT IS FOR INFORMATIONAL PURPOSES ONLY. ANY INFORMATION CONTAINED ON THIS WORKSHEET SHOULD NOT BE USED TO CHANGE STATUS OF THE OFFENDER IN THE MASTER FILE OR IN OTS.

Case Name: _____

Case Number: __13-30266-MJR__

Civil _____  Criminal __✓__

Is Offender a party? Yes __✓__  No _____  Other _____

Writ Disposition/Comments:

REMANDED TO CUSTODY of UNITED STATES MARSHAL COLLIER WILL STAY IN U.S. CUSTODY UNTIL CONCLUSION OF HIS FEDERAL CASE, AT WHICH TIME HE WILL BE ORDERED RETURNED TO THE CUSTODY of the ILLINOIS DEPT. of CORRECTIONS.

State's Attorney's Name: _Clifford J. Proud_
Phone Number: _UNITED STATES MAGISTRATE JUDGE_
Public Defender/Private Attorney's Name: _EAST ST LOUIS, IL 62201_
Phone Number: _05 DEC 2013_