IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                            Plaintiff,    )<br>                                                              )     CRIMINAL NO. 13-CR-30266-MJR<br>            vs.                                             )<br>                                                              )<br>TIMOTHY R. COLLIER,                       )<br>                                                              )<br>                            Defendant.  ) | |

## VERDICT

We, the jury, find the defendant, TIMOTHY R. COLLIER, __GUILTY__
(Guilty/Not Guilty)

of Interference with Commerce by Robbery of East St. Louis Jewelry and Loan as charged in Count 1 of the indictment.



FOREPERSON