IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) CRIMINAL NO. 13-CR-30266-MJR
vs. )
)
TIMOTHY R. COLLIER, )
)
        Defendant. )

## SPECIAL VERDICT AS TO COUNT 5
(Complete only if you find the Defendant guilty on Count 5)

If you find the defendant guilty of the offense of Carry and Use of a Firearm During a Crime of Violence, being the robbery of Arena Liquor, as charged in Count 5, then you must also determine whether the government proved, beyond a reasonable doubt, that the defendant brandished the firearm in the course of committing this offense.

   ✓   Yes

_____ No



FOREPERSON