IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 13-CR-30266-MJR |
| ) | |
| TIMOTHY COLLIER,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER AS TO RESTITUTION BRIEFING

**REAGAN, Chief Judge**:

A jury convicted Timothy Collier (Defendant) of all five offenses with which he was charged, including two counts of interference with commerce by robbery (Counts 1 and 4), two counts of using and carrying a firearm during a crime of violence (Counts 2 and 5, and one count of felon in possession of a firearm (Count 3). The undersigned sentenced Defendant on July 15, 2015, imposing a term of imprisonment as follows:

    Count 1:    240 months.
    Count 2:    life,
    Count 3:    120 months,
    Count 4:    240 months,
    Count 5:    300 months.

Running each of the sentences consecutively, the total term of imprisonment is life plus 900 months. The Court orally announced the other components of the sentence, such as special assessment ($100 per count), fine ($300 per count), and supervised release (one year per count).

Because restitution was undetermined as of the date of the July 15, 2015 sentencing hearing (the victims' losses had not yet been ascertained), the Court deferred ruling on restitution in accord with 18 U.S.C. 3664(d)(5).  The Court now sets a schedule on which to resolve the restitution issues.

No later than **August 27, 2015,** the United States **SHALL FILE** a Brief Regarding Restitution delineating the total losses (and detailing the components thereof) and recommending the priority in which the multiple victims should be paid restitution. Defense counsel shall file a response no later than **September 10, 2015.**  Counsel should include in their briefs their position on whether a hearing is needed.  A hearing may be unnecessary if the restitution issues are not contested.  But cognizant of the 90-day clock for resolving this component of the sentence, the Court reserves a date for the hearing: **2:30 p.m. on September 25, 2015**.

IT IS SO ORDERED.

DATED JULY 16, 2015.

s/ Michael J. Reagan
Michael J. Reagan
Chief Judge
United States District Court